**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00227-CR

**RONALD KENDRIC MCCOY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-86138-2012**

## ORDER

The Court **REINSTATES** the appeal.

On August 4, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 11, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 4, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/      LANA MYERS
         JUSTICE